**Order entered July 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00878-CR

**MARIO LOPEZ JUCUP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-55339-R**

## ORDER

The Court **DENIES** as moot appellant's July 21, 2014 request for an extension of time to file his pro se response to the *Anders* brief filed by counsel. On July 14, 2014, the Court ordered counsel to provide appellant a copy of the record and gave appellant until October 1, 2014 to file his pro se response.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court; Mary Snider, official court reporter, 265th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; April Smith; and Michael Casillas.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Mario Jucup, TDCJ No. 1870734, Holliday Unit, 295 I.H. 45 North, Huntsville, Texas 77320-8443.

/s/      DAVID EVANS
        JUSTICE